IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NAVIGATORS SPECIALTY INSURANCE
  COMPANY,

              Plaintiff,

    v.

HUDSON PALMER HOMES, INC.,
*formerly known as*
*THE CULTER GROUP, INC.*

             Defendant.

MISC. ACTION
NO. 19-158

## <u>ORDER</u>

**AND NOW**, this  24th   day of September, 2019, after reviewing Plaintiff's

Motion for Withdraw of Reference (Docket No. 1) and Defendant's Response in

Opposition thereto (Docket No. 2), it is hereby **ORDERED** that a telephone conference

shall be held on <u>**Wednesday, October 23, 2019, at 3:15 p.m.**</u>, with the Honorable

Jeffrey L. Schmehl.  Plaintiff's counsel shall initiate the telephone conference call, and

when all counsel is on the line, call Chambers at 610-320-5099.

**BY THE COURT:**

**<u>/s/ Jeffrey L. Schmehl</u>**
Jeffrey L. Schmehl