# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                      )   Misc. No. 19- mc -158
                                            )
HUDSON PALMER HOMES, INC. f/k/a             )   Chapter 7
THE CUTLER GROUP, INC.,                     )
                                            )
            Debtor.                         )   Bankruptcy Case No. 18-17509 (JKF)
                                            )
                                            )
_____           )
                                            )
NAVIGATORS SPECIALTY INSURANCE              )
COMPANY,                                    )
                                            )
            Plaintiff,                       )   Adv. Pro. No. 19-00146 (JKF)
                                            )
        v.                                  )
                                            )
HUDSON PALMER HOMES, INC., f/k/a            )
THE CUTLER GROUP, INC.,                     )
                                            )
            Defendant.                       )

## ORDER WITHDRAWING THE REFERENCE TO THE BANKRUPTCY COURT

AND NOW, this 25th day of OCTOBER 2019, upon consideration of Motion of

Navigators Specialty Insurance Company's ("Navigators") for Withdrawal of Reference; and the

Court having considered the papers submitted in opposition thereto, if any; and oral argument, if

any, having been heard; and good cause appearing:

It is hereby **ORDERED** that Navigators' Motion be and hereby is **GRANTED**; and

**IT IS FURTHER ORDERED** that the reference of this adversary proceeding to the

United States Bankruptcy Court for the Eastern District of Pennsylvania is hereby

**WITHDRAWN.**

J.

25