**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| NAVIGATORS SPECIALTY INSURANCE COMPANY, | Miscellaneous Action |
| | No. 2:19-mc-00158-JLS |
| Plaintiff, | |
| v. | |
| HUDSON PALMER HOMES, INC., f/k/a THE CUTLER GROUP, INC., | |
| Defendant. | |

## STIPULATION

AND NOW, this 23rd day of December, 2020, it is STIPULATED that:

1.    Plaintiff Navigators Specialty Insurance Company's *Unopposed Motion for Extension for Plaintiff Navigators Specialty Insurance Company's Response to StarStone National Insurance Company's Motion to Intervene* [ECF No. 38], is hereby GRANTED.

2.    Plaintiff Navigators Specialty Insurance Company shall file its response to StarStone National Insurance Company's *Motion to Intervene* [ECF No. 35], on or before January 6, 2021.

BY THE COURT:


/s/ Jeffrey L. Schmehl
Jeffrey L. Schmehl