**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

NAVIGATORS SPECIALTY INSURANCE
COMPANY,

          Plaintiff,

      v.

HUDSON PALMER HOMES, INC., f/k/a
THE CUTLER GROUP, INC.,

          Defendant,

   And nominal parties:

DANILO and EMILIA PARISI, et al.,

          Nominal
          Parties.

Miscellaneous Action

No. 2:19-mc-00158-JLS

## RESPONSE TO STARSTONE NATIONAL INSURANCE COMPANY'S MOTION TO INTERVENE

Plaintiff Navigators Specialty Insurance Company, states that it has no objection to the

Motion to Intervene by Starstone National Insurance Company.

        Respectfully Submitted,
        Spilman Thomas & Battle, PLLC

        /s/ Julian E. Neiser
        Julian E. Neiser (Pa. Id. No. 87306)
        T:  412-325-1116
        F:  412-325-3324
        E:  jneiser@spilmanlaw.com

        SPILMAN THOMAS & BATTLE, PLLC
        301 Grant Street, Suite 3440
        Pittsburgh, PA  15219

        **Counsel for Plaintiff Navigators Specialty
        Insurance Company**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| NAVIGATORS SPECIALTY INSURANCE COMPANY, | Miscellaneous Action |
| Plaintiff, | No. 2:19-mc-00158-JLS |
| v. | |
| HUDSON PALMER HOMES, INC., f/k/a THE CUTLER GROUP, INC., | |
| Defendant, | |
| And nominal parties: | |
| DANILO and EMILIA PARISI, et al., | |
| Nominal Parties. | |

**CERTIFICATE OF SERVICE**

I, Julian E. Neiser, certify that on the date set forth below, in accordance with the Rules of Civil Procedure, the foregoing *Response* was electronically filed with the Court's CM/ECF System, which filing constitutes proper service upon counsel of record.

Dated: January 6, 2021                      **SPILMAN THOMAS & BATTLE, PLLC**

                                          /s/ Julian E. Neiser
                                          Julian E. Neiser (Pa. Id. No. 87306)
                                          **Counsel for Plaintiff Navigators Specialty Insurance Company**